UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                    )        BK No.:   18-27338
Karen Gray                                )
                                          )
                                          )        Chapter: 13
                                          )
                                          )        Honorable Timothy Barnes
                                          )
                                          )
        Debtor(s)                         )

## Order Modifying Plan

This matter coming to be heard on the Debtor's Motion to Modify Confirmed Plan, this Court having jurisdiction and proper notice having been given, it is hereby ordered that the pending default to the Chapter 13 Trustee is deferred.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: July 18, 2019

**Prepared by:**

Dale A. Riley
Geraci Law, LLC
55 E. Monroe, Suite 3400
Chicago, IL 60603